**Order entered December 5, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01251-CV

### IN RE KENNETH BUHOLTZ, Relator

**Original Proceeding from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01275-2016**

## ORDER

Before the Court is relator's request that the Court transfer the filing fee paid by relator to file an original proceeding in the Sixth District Court of Appeals, which has been dismissed, to this Court to cover the filing fee for this original proceeding. We **DENY** the request.

/s/     DOUGLAS S. LANG
         JUSTICE